UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. **WILLIAM L. GLADNEY, a/k/a "L,"**
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA, and
14. STEVE ZAMORA,

    Defendants.

## ORDER SETTING FED. R. EVID. 702 MOTION FOR HEARING

THIS MATTER comes before the Court on Defendant Gladney's Motion for 702 Fed. R. Evid. Hearing **(#386)**.

**IT IS ORDERED** that the motion will be heard at the hearing scheduled for March 29,

2006 at 1:30 p.m.

    Dated this 15th day of December, 2005

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge