UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. **WILLIAM L. GLADNEY, a/k/a "L,"**
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA, and
14. STEVE ZAMORA,

        Defendants.

## ORDER ALLOWING DISCLOSURE OF GRAND JURY MATERIALS

Upon consideration of the Government's Unopposed Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to Attorney for the Defendant William Gladney pursuant to Rule 6(e)(3)(C)(i) of Federal Rules of Criminal Procedure, it is

**ORDERED** that the motion **(#416)** is **GRANTED**. The Government may disclose a copy of the transcripts of testimony given before the Grand Jury and other Grand Jury materials to the attorneys for the defendants for preparation for trial.

**IT IS FURTHER ORDERED** that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorneys for the defendant.

Dated this 20th day of January, 2006

               **BY THE COURT:**

               *Marcia S. Krieger*
               _____

               Marcia S. Krieger
               United States District Judge