IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00785-MSK
Criminal Action 05-cr-00141-MSK-8

WILLIAM L. GLADNEY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER TO ANSWER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

**ORDERED** that the United States Attorney on or before **May 31, 2011**, shall file an answer or other pleading directed to the motion pursuant to Rules 4 and 5 of the Rules Governing Section 2255 Proceedings.

DATED this 8th day of April, 2011.

                **BY THE COURT:**

                *[signature]*

                Marcia S. Krieger
                United States District Judge